**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6563**

UNITED STATES OF AMERICA,

        Plaintiff – Appellee,

    v.

CURRY DONNELL INGRAM, a/k/a Peanut,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Raymond A. Jackson, District Judge.  (4:01-cr-00081-RAJ-1)

Submitted:  July 30, 2012        Decided:  August 14, 2012

Before NIEMEYER, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Curry Donnell Ingram, Appellant Pro Se. Timothy Richard Murphy, Special Assistant United States Attorney, Newport News, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Curry Donnell Ingram appeals the district court's order denying his motion under 18 U.S.C. § 3582(c)(2) (2006) for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Ingram, No. 4:01-cr-00081-RAJ-1 (E.D. Va. Feb. 24, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2